FILED

06/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0465

_____

SIEBEN RANCH COMPANY,

    Plaintiff and Appellee,

v.

RANDALL G. ADAMS, a/k/a/ RANDY ADAMS,
a/k/a/ RAY ADAMS; and LEE McDONALD,

    Defendants and Appellants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Randall G. Adams, to Lee McDonald, to all counsel of record, and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2021